FILED by YH D.C.

Jan 10, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **20-10002-CR-MARTINEZ/SNOW**

18 U.S.C. § 795
18 U.S.C. § 1382

UNITED STATES OF AMERICA,

vs.

LYUYOU LIAO,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At times material to this Indictment:

1. The defendant, **LYUYOU LIAO**, a citizen of the People's Republic of China, was present in the Southern District of Florida, on Naval Air Station (NAS) Key West, Truman Annex, a naval post and installation under the Department of the Navy.

2. NAS Key West, Truman Annex, is a vital military and naval installation that requires protection against the general dissemination of information relative to it.

### COUNT ONE
(Photographing and Sketching Defense Installations)
(18 U.S.C. § 795)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about December 26, 2019, in Monroe County, in the Southern District of Florida, the defendant, **LYUYOU LIAO**, went upon and entered NAS Key West, Truman

Annex, a federal military installation in order to, and did knowingly, video record a defense installation, to wit: MP4 video c4df0bf4ae2f1bfa8e211400a8cbd51be3b97e4a, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT TWO
### (Photographing and Sketching Defense Installations)
### (18 U.S.C. § 795)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about December 26, 2019, in Monroe County, in the Southern District of Florida, the defendant, **LYUYOU LIAO**, went upon and entered NAS Key West, Truman Annex, a federal military installation in order to, and did knowingly, photograph a defense installation, to wit: digital JPEG photograph 4ad34692178d05d69fd63b85fd50e16f00ea6087, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT THREE
### (Photographing and Sketching Defense Installations)
### (18 U.S.C. § 795)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about December 26, 2019, in Monroe County, in the Southern District of Florida, the defendant, **LYUYOU LIAO**, went upon and entered NAS Key West, Truman Annex, a federal military installation in order to, and did knowingly, photograph a defense installation, to wit: digital JPEG photograph !SC_0156, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT FOUR
### (Entering Military, Naval, or Coast Guard Property)
### (18 U.S.C. § 1382)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about December 26, 2019, in Monroe County, in the Southern District of Florida, within the jurisdiction of the United States, the defendant, **LYUYOU LIAO**, went upon and entered NAS Key West, Truman Annex, a federal military installation for any purpose prohibited by law or lawful regulation, that is, for the purpose of photographing a defense installation, a violation of Title 18, United States Code, Section 795, in violation of Title 18, United States Code, Section 1382.

A TRUE BILL.

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. _____

vs.

LYUYOU LIAO,                            **CERTIFICATE OF TRIAL ATTORNEY***

                **Defendant.**
_____/      **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s) Yes ____ No ____
                                        Number of New Defendants ____
   Miami ____    Key West _X_           Total number of counts ____
   FTL ____      WPB ____   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect   Mandarin

4. This case will take  __2__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_              Petty     ____
   II   6 to 10 days      ____    Minor
   III  11 to 20 days     ____              Misdem.  _X_
   IV   21 to 60 days     ____              Felony   ____
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?   No    (Yes or No)
   If yes:
   Judge: _____   Case No. _____
          (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   Yes   (Yes or No)
   If yes:
   Magistrate Case No.                          19-mj-05450-Snow
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of        12/26/2019
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?    No   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____Yes  _X_ No

                                        _____
                                        JONATHAN KOBRINSKI
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court No. A5501893

Penalty Sheet(s) attached                                           REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LYUYOU LIAO

**Case No:** _____

Counts #: 1-3

Photographing and Sketching Defense Installations

Title 18, United States Code, Section 795

*__Max. Penalty:__ One (1) Year of Imprisonment

Count #: 4

Entering Military, Naval, or Coast Guard Property

Title 18, United States Code, Sections 1382

*__Max. Penalty:__ Six (6) Months of Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**