UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10002-CR-KMM/LSS

UNITED STATES OF AMERICA

vs.

LYUYOU LIAO,

    **Defendant.**
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and the defendant, Lyuyou Liao, personally and through his counsel, stipulate and agree that the information stated herein is true and accurate and a sufficient basis for the defendant's plea of guilty to a violation of Title 18, United States Code, Section 795, as charged in this case. Had this case proceeded to trial, the defendant stipulates and agrees that the United States would have proven the facts alleged below beyond a reasonable doubt:

1. Naval Air Station ("NAS") Key West, Truman Annex, located in Monroe County, in the Southern District of Florida, is a vital military and naval installation, within the scope of Title 18, United States Code, Section 795, administered and secured by the Department of the Navy. Access to NAS Key West, Truman Annex, is restricted and photography of NAS Key West, Truman Annex, is prohibited unless the installation's commanding officer or other higher authority grants such permission.

2. JIATF-South – located within NAS Key West, Truman Annex – is a subordinate command of the United States Southern Command, within the Department of Defense, and is also a vital military installation, within the scope of Title 18, United States Code, Section 795.

3. A separately secured satellite dish and antenna farm ("the Farm hardware"), is located within NAS Key West, Truman Annex, under the control of JIATF-South. The Farm hardware is vital military equipment. Access to the Farm hardware is restricted and photography of the Farm hardware is prohibited unless the JIATF-South commanding officer or other higher authority grants such permission.

4. On December 26, 2019, Lyuyou Liao, a Chinese national who can speak and read English, entered the property of NAS Key West, Truman Annex, without permission of the commanding officer and/or any other higher authority, by walking and climbing around the installation's fence line, and entering the military and naval property from the beach. Lyuyou Liao's circumventing the fence line was captured on surveillance video. The installation fence line contained multiple signs posting warnings such as "NO TRESSPASSING" and "AUTHORIZED PERSONNEL ONLY."

5. Lyuyou Liao took photographs and videos while he was on the property of NAS Key West, Truman Annex, including an MP4 video with the file title: c4df0bf4ae2f1bfa8e211400a8cbd51be3b97e4a (as set forth in Count 1 of the Indictment). This video file captured images of the Farm hardware and other portions of NAS Key West, Truman Annex.

6. At no time, to include, but not limited to, December 26, 2019, did defendant Lyuyou Liao ever obtain permission from the JIATF-South commanding officer, the NAS Key West, Truman Annex commanding officer, and/or any higher authority, to access or photograph either JIATF-South, or NAS Key West, Truman Annex.

7. Within a short period of time after Lyuyou Liao entered NAS Key West, Truman Annex, Liao was detained and then arrested. Lyuyou Liao was carrying a digital camera and a

cellular telephone equipped with a camera. Those digital devices were lawfully searched and forensically reviewed. Each digital device contained photographs prohibited under Title 18, United States Code, Section 795, and Lyuyou Liao was recording a video at the time of his arrest, which made clear he was in fact the individual who entered and photographed the military property without authority.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/21/2020

By: _____
Jonathan Kobrinski, AUSA

Date: 2/21/2020

By: _____
Daniel Rashbaum, Attorney for Defendant

Date: 2/21/2020

By: _____
Lyuyou Liao, Defendant

3