**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-10002-MOORE/SNOW**

UNITED STATES OF AMERICA

vs.

**LYUYOU LIAO,**

    **Defendant.**
_____/

**GOVERNMENT'S SENTENCING MEMORANDUM AND MOTION FOR AN UPWARD VARIANCE**

The defendant, LYUYOU LIAO, a national of China, pled guilty to one count of illegally photographing a military installation, in violation of Title 18, United States Code, Section 795. ECF No. 25. Two other counts of the same crime, as well as his violation of unlawfully entering a military installation for the purpose of photographing it, in violation of Title 18, United States Code, Section 1382, were dismissed pursuant to his plea agreement. ECF No. 26. Each of the crimes charged constitute misdemeanor offenses, however, the nature and circumstances of the offenses are aggravated. In balancing the factors to be considered under 18 U.S.C. § 3553(a), the United States respectfully submits that a sentence at the statutory maximum (1 year) for the offense of conviction is appropriate.

This offense involves the intrusion by a foreign national onto a secure military facility for the purpose of taking photographs. The defendant indeed took photographs and videos (collectively, images) of sensitive military equipment while on the installation. As documented in the pre-sentence investigation report ("PSI"), the defendant transmitted images containing the sensitive equipment to another person via a Chinese-based social media application. See PSI ¶ 10. This is not the first such intrusion onto a military installation in Key West, and this case is similarly situated to a previous case, where the defendant, having trespassed and illegally

photographed the same military equipment at issue in this case, was sentenced to the statutory maximum, following a similar plea agreement.  See *United States vs. Zhao Qianli*, case no. 18-10035 (S.D. Fla. 2018).

An upward variance is necessary to promote general deterrence, reflect the seriousness of the offense, promote respect for the law, and to arrive at an overall just sentence for the offense of conviction.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   */s Jonathan Kobrinski*
JONATHAN KOBRINSKI
Assistant United States Attorney
Court ID No. A5501893
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9074
jonathan.kobrinski@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

*/s Jonathan Kobrinski*
JONATHAN KOBRINSKI
Assistant United States Attorney